UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEILA MADARIAGA and CHRISTINA MADARIAGA, | No. 2:20-cv-02141 TLN AC PS |
| Plaintiffs, | |
| v. | ORDER |
| FREEDOM MORTGAGE & TRUSTEE CORPS, | |
| Defendant. | |

On November 12, 2020, defendant filed a motion to dismiss this case, noticed for hearing on January 6, 2021. ECF No. 10. The matter was taken under submission on the papers. ECF No. 11. Per Local Rule 230(c), plaintiffs' statement of opposition or non-opposition was due December 23, 2020. That deadline has now passed, and plaintiff has not filed the anticipated statement.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why their failure to oppose the motion to dismiss should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

1

1    Defendants' motion remains submitted on the papers and, in the event an opposition or
2 statement of non-opposition is filed, will be considered ripe for consideration on January 20,
3 2021.
4 DATED: December 28, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE